1
2
3
4

5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7 PHIL KIVER,

8               Plaintiff,

9   v.

10 UNITED STATES OF AMERICA,

11               Defendant.

12 _____

13 LYUDMILA KOVALENKO,

14       Third-Party Plaintiff,

15   v.

16 PHIL KIVER,

17       Third-Party Defendant.

NO. 2:16-CV-0217-TOR

ORDER GRANTING STIPULATED MOTION TO DISMISS

BEFORE THE COURT is Plaintiff/Third-Party Defendant Phil Kiver and Third-Party Plaintiff Lyudmila Kovalenko's Stipulated Motion to Dismiss (ECF

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

No. 33). Third Party Plaintiff and Third-Party Defendant move the court to dismiss Kovalenko's Third-Party Complaint and all claims brought against Kiver with prejudice. ECF No. 33 at 1-2. The Court has reviewed the completed briefing and record and files herein, and is fully informed. For good cause shown and pursuant to the parties' stipulation, the Motion is GRANTED.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Third-Party Plaintiff and Third-Party Defendant's Stipulated Motion to Dismiss (ECF No. 33) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Kovalenko's Third-Party Complaint and all claims brought against Kiver are **DISMISSED WITH PREJUDICE**, each party bearing its own costs.

The District Court Executive is directed to enter this Order, terminate Third-Party Plaintiff Kovalenko from the case, and furnish copies to counsel.

**DATED** October 12, 2017.



THOMAS O. RICE
Chief United States District Judge