1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF WASHINGTON

7    PHIL KIVER,
                                        NO: 2:16-CV-0217-TOR
8                        Plaintiff,
                                        ORDER OF DISMISSAL
9        v.                             WITH PREJUDICE

10   UNITED STATES OF AMERICA,

11                       Defendant.

12       BEFORE THE COURT is Plaintiff's Motion for Dismissal with Prejudice.

13   ECF No. 78.  The motion was submitted for consideration without oral argument.

14   The Court has reviewed the file and the records therein, and is fully informed.

15       Plaintiff represents that all prior counter-claims and cross-claims have been

16   resolved by settlement and seeks to dismiss this matter with prejudice and with

17   each party to bear its own attorneys' fees and costs.  The government does not

18   object to Plaintiff's motion.  ECF 79.

19       The Court previously dismissed the third-party claims.  ECF No. 47.

20   //



     ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    **ACCORDINGLY, IT IS HEREBY ORDERED**:

2        1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' consent, this

3    matter is **DISMISSED** with prejudice and without costs or fees to any party.

4        2.  All pending motions and scheduled hearings, including trial, are stricken

5    from the Court's calendar.

6        The District Court Executive is directed to enter this Order, furnish copies to

7    counsel, and **CLOSE** the file.

8        **DATED** February 13, 2018.

9    

10                   THOMAS O. RICE
                Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2